7IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 21-33129 |
| JAMES DANIEL WILSON, JR. | § | |
| Debtor | § | Chapter 11 |

### NOTICE OF HEARING DEBTOR'S EMERGENCY MOTION FOR PRELIMINARY AND INTERIM USE OF CASH COLLATERAL

Please take notice that an Emergency Hearing on the Motion for Preliminary and Interim Use of Cash Collateral filed on September 29, 2021, at docket #7 is scheduled for a hearing on September 30, 2021 at 10:30 a.m., and will be held **electronically.**

**To participate electronically, parties must follow the instructions set forth on Judge Lopez's web page located at:**

https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-christopher-m-lopez

**Parties are additionally instructed:**

The dial in number for hearings before Judge Lopez is 832-917-1510 and the conference room number is 590153; and

For video appearances and witness testimony, parties are to utilize the link https://www.gotomeet.me/JudgeLopez

Dated: September 29, 2021

                                                                 Respectfully submitted,

                                                                 */s/ Reese W. Baker*
                                                                  Reese W. Baker
                                                                  Tx Bar No. 01587700
                                                                  Baker & Associates
                                                                  950 Echo Lane, Suite 300
                                                                  Houston, Texas 77024
                                                                  (713) 869-9200
                                                                  (713)869-9100 FAX
                                                                  ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

I certify that on September 29, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

I certify that the undersigned has sent this notice by fax to Citizens First Bank and also notified Citizens First Bank by telephone to provide information on the hearing on the motion for use of cash collateral.

*/s/ Reese Baker*
Reese Baker