United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 12, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE: §
   Wilson, James Daniel §  Case No. 21-33129-H4-11
§
          Debtor §  Chapter 11

### Order Allowing Extension of Time to File Schedules and Statement of Financial Affairs

Came on for consideration the Debtor's Motion to Extend Time to File Schedules and Statement of Financial Affairs and this court having reviewed the pleadings and other matters has determined that such request should be granted; it is hereby

**ORDERED** that the Debtor has until October 18, 2021, to file his chapter 11 schedules and statement of financial affairs and other documents.

Signed: October 12, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

Submitted By:
Reese W. Baker
Texas State Bar No. 01587700
Reese W. Baker
Baker & Associates
950 Echo Lane, Suite 300
Houston, TX  77024
713-979-2250 - Phone

United States Bankruptcy Court
Southern District of Texas

In re:  
James Daniel Wilson, Jr.  
  Debtor

Case No. 21-33129-mi  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0541-4    User: ADIuser    Page 1 of 2  
Date Rcvd: Oct 12, 2021    Form ID: pdf001    Total Noticed: 12

The following symbols are used throughout this certificate:  
**Symbol**   **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James Daniel Wilson, Jr., 18686 Highway 21 East, Bryan, TX 77808 |
| cr | + | Brazos County, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |
| cr | + | Citizens 1st Bank, c/o Scott A. Ritcheson, Ritcheson, Lauffer & Vincent, P.C., 821 ESE Loop 323, Ste. 530, Tyler, TX 75701-9779 |
| 11961680 | + | Baker & Associates, 950 Echo Lane Suite 300, Houston, TX 77024-2824 |
| 11961681 | | Bryan Texas Utilities, Po Box 8000, Bryan, TX 77805-8000 |
| 11961682 | | Citizens First Bank, 2001 E Southeast Loop 323, Tyler, TX 75701-8341 |
| 11961683 | | Flowers Davis PLLC, 1021 E Southeast Loop 323 Ste 200, Tyler, TX 75701-9607 |
| 11961686 | | Nick Davis Law, 2700 Research Forest Dr Ste 124, The Woodlands, TX 77381-4251 |
| 11961687 | | THE WILSON FIRM, Ste 124, 2700 Research Forest Dr Ste 124, The Woodlands, TX 77381-4251 |
| 11963700 | + | The County of Brazos, Texas, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX. 78680-1269 |
| 11961688 | + | United States Department of Agriculture, 3833 Texas Ave, Bryan, TX 77802-4039 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 11961685 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 12 2021 21:13:00 | Internal Revenue Service, 1919 Smith St Stop 5022 HOU, Houston, TX 77002 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11961684 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 300 E 8th Stop 5026 AUS, Austin, TX 78701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021     Signature:    /s/Joseph Speetjens

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: Oct 12, 2021 | Form ID: pdf001 | Total Noticed: 12 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison D Byman | adb@bymanlaw.com  adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.com |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Reese W Baker | on behalf of Debtor James Daniel Wilson  Jr. courtdocs@bakerassociates.net, i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net |
| Scott A Ritcheson | on behalf of Creditor Citizens 1st Bank scottr@rllawfirm.net  andreah@rllawfirm.net;mistyb@rllawfirm.net |
| Tara LeDay | on behalf of Creditor Brazos County tleday@ecf.courtdrive.com;pbowers@mvbalaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;vjames@mvbalaw.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 6