United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 19, 2021
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | SOUTHERN | Main Case Number | 21-33129 |
|---|---|---|---|
| Debtor | In Re: | JAMES DANIEL WILSON, JR. | |

This lawyer, who is admitted to the State Bar of _____TEXAS_____ :

| | |
|---|---|
| Name | GREGORY A. FRASER |
| Firm | GREGORY A. FRASER, P.C. |
| Street | P.O. BOX 2562 |
| City & Zip Code | LINDALE, TX 75771 |
| Telephone | (903) 881-9557 |
| Licensed: State & Number | TX 07393525 |

Seeks to appear as the attorney for this party:

FLOWERS DAVIS, P.L.L.C.

Dated: 10/15/21        Signed: _____

COURT USE ONLY: The applicant's state bar reports their status as: ____Active____.

Dated:          Signed: _____
                       Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: October 19, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 21-33129-mi |
| James Daniel Wilson, Jr. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: Oct 19, 2021 | Form ID: pdf002 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James Daniel Wilson, Jr., 18686 Highway 21 East, Bryan, TX 77808 |
| cr | + | Brazos County, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |
| cr | + | Citizens 1st Bank, c/o Scott A. Ritcheson, Ritcheson, Lauffer & Vincent, P.C., 821 ESE Loop 323, Ste. 530, Tyler, TX 75701-9779 |
| cr | + | Flowers Davis, P.L.L.C., c/o Gregory A. Fraser, P.C., 209 S. Main St., P.O. Box 2562, Lindale, TX 75771 UNITED STATES 75771-8662 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2021            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison D Byman | adb@bymanlaw.com  adb@trustesolutions.net;rww.trustee1@gmail.com;cadb11@trustesolutions.net;rah@bymanlaw.com |
| Gregory A Fraser | on behalf of Creditor Flowers Davis  P.L.L.C. gaf@fraserlaw.org, ddt@fraserlaw.org |
| Ha Minh Nguyen | on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov |
| Reese W Baker | on behalf of Debtor James Daniel Wilson  Jr. courtdocs@bakerassociates.net, i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: Oct 19, 2021 | Form ID: pdf002 | Total Noticed: 4 |

Scott A Ritcheson
    on behalf of Creditor Citizens 1st Bank scottr@rllawfirm.net  andreah@rllawfirm.net;mistyb@rllawfirm.net

Tara LeDay
    on behalf of Creditor Brazos County
    tleday@ecf.courtdrive.com;pbowers@mvbalaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com;vjames@mvbalaw.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV


TOTAL: 7